**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:16-cv-431-RWS |
| | § | |
| TEXAS HEALTH RESOURCES et al., | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A (collectively, "Uniloc") and Defendants Texas Health Presbyterian Hospital Denton and Texas Health Resources (collectively, "Texas Health Resources") have agreed to settle this matter.

NOW, THEREFORE, Uniloc and Texas Health Resources stipulate, subject to the approval of the Court, that:

1.    Any and all claims by Uniloc against Texas Health Resources are dismissed with prejudice from the case.

2.    The parties shall each bear their own attorneys' fees, expenses, and costs.

Dated:  October 17, 2016                    Respectfully submitted,

By: */s/ James L. Etheridge*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
 Texas Bar No. 24061296
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324

Southlake, TX  76092
Tel.:  (817) 470-7249
Fax:  (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFFS UNILOC
USA, INC. AND UNILOC LUXEMBOURG SA**


*/s/ Martha Jahn Snyder*
Anthony A.Tomaselli
aat@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703-3095
Tel: (608)251-5000
Fax:(608)251-9166

Louis A. Klapp
louis.klapp@quarles.com
QUARLES & BRADY LLP
300 North LaSalle St., Suite 4000
Chicago, IL 60654
Tel: (312)-715-2712
Fax: (312)-632-194

Brian Craft (Bar No. 04972020)
bcraft@findlaycraft.com
Eric H. Findlay (Bar No. 00789886)
efindlav@findlavcraft.com
102 North College Avenue Suite 900
Tyler, Texas 75702
Tel. (903) 534-1100
Fax (903) 534-1137

**ATTORNEYS FOR TEXAS HEALTH
PRESBYTERIAN HOSPITAL DENTON
AND TEXAS HEALTH RESOURCES**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this October 17, 2016, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) and via email.

<u>*/s/ James L. Etheridge*</u>
James L. Etheridge